IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERMAINE GREENE, : 
       Plaintiff, :
v. : Civ. No. 17-504-RGA
DEPUTY WARDEN PARKER, :
       Defendant. :

## ORDER

At Wilmington this 7 day of December, 2017,

IT IS HEREBY ORDERED that:

1. On October 3, 2017, an Order was entered dismissing the Complaint and giving Plaintiff leave to file an Amended Complaint on or before October 23, 2017. (D.I. 8). Plaintiff sought, and was granted, an extension of time until December 4, 2017, to file an Amended Complaint. (D.I. 14). Plaintiff was warned that the Clerk of Court would close the case should he fail to timely file an Amended Complaint.

2. The time has passed and Plaintiff failed to file an Amended Complaint.

3. The Clerk of Court is directed to CLOSE the case.

                                                            /s/ Richard G. Andrews
                                                    UNITED STATES DISTRICT JUDGE